UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| KYLE ROSASCO,<br><br>    Plaintiff,<br><br>v.<br><br>DONALD SEIBER,<br><br>    Defendant. | Case No. 2:19-cv-00081<br><br>Chief Judge Waverly D. Crenshaw, Jr<br>Magistrate Judge Alistair E. Newbern |

## **ORDER**

On December 11, 2020, the Court directed the parties to file a joint statement of their efforts at case resolution by February 28, 2021 (Doc. No. 15). No joint statement has been filed. Accordingly, the parties are ORDERED to file their joint statement by March 9, 2021.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge